UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY PATRICK WYRE

VERSUS

COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 13-201-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 22, 2015, to which no objection was filed.

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and that Plaintiff's appeal is **DISMISSED with prejudice**. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 11, 2015.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**